1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone: (510) 637-3500

5  Counsel for Defendant CRAIG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-12-00554 SBA |
| ) | |
| Plaintiff, ) | STIPULATED REQUEST TO CONTINUE |
| ) | HEARING DATE TO NOVEMBER 20, |
| v. ) | 2012 AND TO EXCLUDE TIME UNDER |
| ) | THE SPEEDY TRIAL ACT AND ORDER |
| ) | |
| ) | |
| CLYDE ALLEN CRAIG, ) | Hearing Date: November 6, 2012 |
| ) | Time:    9:30 a.m. |
| ) | |
| Defendant. ) | |
| ) | **The Honorable Donna M. Ryu** |
| ) | |

The above-captioned matter is set on November 6, 2012 before the Honorable Donna M. Ryu for a status hearing. The parties jointly request that the Court continue the matter to November 20, 2012, at 9:30 a.m., before the sitting magistrate court, and that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, between October 16, 2012 and November 20, 2012, so that the defense can have time to review the discovery, to research the Guidelines range and to obtain prior records.

On July 12, 2012, the grand jury charged Clyde Allen Craig with violations of 18 U.S.C. § 2252, the possession and distribution of child pornography. On July 18, 2012, Mr. Craig was arraigned on the Indictment and pleaded not guilty. On the most serious charge, Mr. Craig faces

Stip. Req. To Continue Hearing Date and to
Exclude Time, No. CR-12-0554 SBA

1  a minimum sentence of 15 years imprisonment and a maximum sentence of 40.

2      The government produced discovery in this case. The defense has reviewed that discovery but needs additional time to review the discovery with her client and to conduct an evidence view. The defense also needs time to investigate the case and to obtain prior conviction records to assess Mr. Craig's sentencing Guidelines range. For these reasons, the defense requests additional time, and the parties agree that this is an appropriate reason to continue this case until November 20, 2012.

    The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties further agree that the failure to grant this continuance would unreasonably deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Accordingly, the parties agree that the period of time from November 6, 2012 until November 20, 2012, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking into account the exercise of due diligence.

DATED: November 2, 2012            /S/
                                                   RODNEY VILLAZOR
                                                   Assistant United States Attorney

DATED: November 2, 2012            /S/
                                                   ANGELA M. HANSEN
                                                   Assistant Federal Public Defender

1 **ORDER**

2 Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 FINDS:

4     1. Given that the defense needs additional time to review the discovery produced

5 with her client and to conduct an evidence view;

6     2. Given that the defense has requested additional time to investigate the case and to

7 obtain prior conviction records to assess the sentencing Guidelines range;

8     3. Given that these above-listed tasks are necessary to the defense preparation of the

9 case and that the failure to grant the requested continuance would unreasonably deny counsel for

10 defendant the reasonable time necessary for effective preparation, taking into account the

11 exercise of due diligence;

12     4. Given that the ends of justice served by this continuance outweigh the best

13 interest of the public and the defendant in a speedy trial;

14 Based on these findings, IT IS HEREBY ORDERED that the STATUS date of

15 November 6, 2012, scheduled at 9:30 a.m., before the Honorable Donna M. Ryu, is vacated and

16 reset for November 20, 2012, at 9:30 a.m., before the sitting United States Magistrate Court. It

17 is FURTHER ORDERED that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. §

18 3161(h)(7)(A) and (B)(iv), from November 6, 2012 until November 20, 2012.

20 November 5, 2012

                                                 DONNA M. RYU
                                                 United States Magistrate Judge