| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | ANGELA M. HANSEN |
|   | Assistant Federal Public Defender |
| 3 | 555 - 12th Street, Suite 650 |
|   | Oakland, CA 94607-3627 |
| 4 | Telephone: (510) 637-3500 |
| 5 | Counsel for Defendant CRAIG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-12-00554 SBA |
| | ) | |
| Plaintiff, | ) | STIPULATED REQUEST TO CONTINUE |
| | ) | STATUS HEARING DATE TO JANUARY |
| v. | ) | 7, 2013 FOR CHANGE OF PLEA |
| | ) | HEARING BEFORE THE MAGISTRATE |
| | ) | COURT AND ORDER |
| | ) | |
| CLYDE ALLEN CRAIG, | ) | |
| | ) | Hearing Date: December 26, 2012 |
| | ) | Time:             11:00 a.m. |
| Defendant. | ) | |
| | ) | |
| | ) | |

The above-captioned matter is set on December 26, 2012 for a change of plea hearing. The parties jointly request that the Court continue the matter to January 7, 2013, at 9:30 a.m., to the calendar of the Honorable Kandis A. Westmore for a change of plea hearing. At the last appearance, the magistrate court excluded time until December 18, 2012. As a result, the parties do not believe an additional exclusion of time is necessary given that the parties have reached an agreement that will be entered in a few weeks.

By way of background, on July 12, 2012, the grand jury charged Clyde Allen Craig with violations of 18 U.S.C. § 2252, the possession and distribution of child pornography. On July 18, 2012, Mr. Craig was arraigned on the Indictment and pleaded not guilty. On the most

Stip. Req. To Continue Hearing Date, No.
CR-12-0554 SBA

1  serious charge, Mr. Craig faces a minimum sentence of 15 years imprisonment and a maximum
2  sentence of 40 years imprisonment.
3　　　　　The parties have reached a Federal Rule of Criminal Procedure 11(c)(1)(C) agreement in
4  this case and request to have this matter placed on the magistrate calendar in early January 2013
5  for a change of plea hearing. The reason for the requested continuance is because defense
6  counsel is unavailable on the date presently set next week for Mr. Craig's change of plea
7  hearing. For these reasons, the parties request that the Court continue this matter for a change of
8  plea hearing on January 7, 2013, at 9:30 a.m., before the magistrate court. The magistrate court
9  previously excluded time until December 18, 2012. Because no time has been used under the
10 Speedy Trial Act, the parties do not believe an exclusion of time is necessary. The parties
11 further agree that it is appropriate for the Court to refer this matter to the magistrate court for this
12 hearing.

14 DATED: December 19, 2012                    _____/S/_____
                                              RODNEY VILLAZOR
15                                            Assistant United States Attorney

17 DATED: December 19, 2012                    _____/S/_____
                                              ANGELA M. HANSEN
                                              Assistant Federal Public Defender

| | |
|---|---|
| 1 | **ORDER** |

2   Based on the reasons provided in the stipulation of the parties above, the Court hereby

3   FINDS:

4       1.    Given that the parties have reached a Rule 11(c)(1)(C) plea agreement;

5       2.    Given that defense counsel is unavailable for a change of plea hearing on

6   December 26, 2012;

7       3.    Given that no time has been used under the Speedy Trial Act and the parties'

8   agreement that an exclusion of time is unnecessary; and

9       4.    Given the parties' agreement to have this case referred to the magistrate court for

10  the hearing;

11  Based on these findings, IT IS HEREBY ORDERED that the change of plea hearing on

12  December 26, 2012, scheduled at 11:00 a.m., before the Honorable Saundra Brown Armstrong,

13  is vacated and continued to January 7, 2013, at 9:30 a.m., for a change of plea hearing before the

14  Honorable Kandis A. Westmore.

16  December 20, 2012

                                    SAUNDRA BROWN ARMSTRONG
17                                      United States District Judge